UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
_____

CARMEN TORRES,
                            *Plaintiff*(*s*),

  - against –                               Civil Action No. 17-CV-4109

GUTMAN, MINTZ, BAKER & SONNENFELDT LLP,    **STATUS REPORT**
EDGARDO L. BALDINUCCI, A/K/A ED BALDINUCCI,  **REGARDING PROGRESS OF**
KATHLEEN E. NOLAN,    **SETTLEMENT**
YEVGENIYA MUSHEYEVA,
BUDDY EQUITIES LLC,
                            *Defendant*(*s*).
_____

      Pursuant to the parties' telephone conference with Magistrate Judge Cheryl Pollack on November 15, 2017 and the previously filed Status Reports, we submit the following Status Report regarding settlement negotiations:

    1. Settlement negotiations are ongoing with both parties and the parties believe we are nearing resolution.

    2. Ms. Torres and both Defendants jointly request an extension to provide an update on or before May 4, 2018.

Dated: <u>March 30, 2018</u>                        Respectfully submitted,
       Jamaica, NY

                                              _____/s/_____
                                              THE LEGAL AID SOCIETY
                                              By: Diane N. Johnston, Esq. (DJ9063)
                                              Of Counsel to Seymour W. James, Jr.
                                              153-01 Jamaica Avenue, Suite 202
                                              Jamaica, New York 11432
                                              (718) 883-8134
                                              djohnston@legal-aid.org
                                              *Counsel for Plaintiff, Carmen Torres*