UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

CARMEN TORRES,

                Plaintiff,

- against –

GUTMAN, MINTZ, BAKER & SONNEFELDT LLP,
EDGARDO L. BALDINUCCI, A/K/A ED BALDINUCCI,
KATHLEEN E. NOLAN,
YEVGENIYA MUSHEYEVA,
BUDDY EQUITIES LLC,

                Defendants.

Civil Action No. 17-CV-04109

**SO ORDERED STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Carmen Torres ("**Torres**") and Defendant Buddy Equities LLC ("**Buddy**") and Defendants Gutman, Mintz, Baker & Sonnenfeldt, LLP, Edgardo L. Baldinucci, Kathleen E. Nolan, and Yevgeniya Musheyeva ("**Gutman**") and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed *with prejudice* against all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party shall bear its/his/her own attorneys' fees and costs.

The Court shall retain jurisdiction in order to enforce the terms and conditions of the Settlement Agreements between Torres and Buddy and between Torres and Gutman.

This Stipulation may be executed in counterparts which, when taken together, shall constitute a single instrument. A copy of this Stipulation bearing photocopied signatures, or signatures transmitted or duplicated via facsimile, email or other digital or electronic means, shall have the same force and effect as one with original ink signatures.

1

Dated: June 14, 2018

                                  Respectfully Submitted,

                                  Diane Johnston, Esq.
Of Counsel to Seymour W. James, Jr., Attorney-in-Chief
THE LEGAL AID SOCIETY
153-01 Jamaica Avenue, Suite 202
Jamaica, New York 11432
Phone: (718) 883-8134
Counsel for Plaintiff

Samit Patel, Esq.
CULLEN AND DYKMAN LLP
44 Wall Street
New York, New York 10005
Phone: (212) 510-2286
Counsel for Defendant
Buddy Equities LLC

Kenneth A. Novikoff, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3000
Counsel for Defendants Gutman Mintz Baker &
Sonnenfelt LLP, Edgardo Baldinucci, Kathleen Nolan
and Yevgeniya Musheyeva

IT IS ORDERED that the herein action be, and hereby is, DISMISSED WITH PREJUDICE and in its entirety, each side to bear its own costs and attorneys' fees.

Dated: _____

                                  Hon. Kiyo A. Matsumoto
United States District Judge